At Part ___ of the Supreme Court of the State of New York held in and for the County of New York, on the ___ day of May 2024.

**P R E S E N T : Hon. _____, J.S.C.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
FIRESTONE ART, LLC d/b/a ERIC FIRESTONE,

        Plaintiff,                                             Index No.: 652490/2024

   -against-                                              **Order to Show Cause**

TOKIO MARINE HIGHLAND INSURANCE
SERVICES, INC. d/b/a Tokio Marine Highland, Fine Art
Division, PHILADELPHIA INDEMNITY
INSURANCE COMPANY a Tokio Marine Company,
and DOES 1-10,

        Defendants.
-------------------------------------------------------------------X

       Upon the annexed affirmation dated May 15, 2024 of Wendy J. Lindstrom, counsel for plaintiff Firestone Art, LLC, together with the papers attached to this order to show cause, by which it appears that plaintiff is at risk of irreparable harm;

       Let defendants Tokio Marine Highland Insurance Services, Inc. d/b/a Tokio Marine Highland, Fine Art Division, and Philadelphia Indemnity Insurance Company a Tokio Marine Company show cause before this court, at Part ____, at 60 Centre Street, New York, New York, courtroom _____, on the ____ day of _____ 2024, at _____ am/pm, or as soon thereafter as the parties can be heard, why an order should not be entered:

1. Restraining defendants from transporting the artworks covered under plaintiff Firestone's insurance policy outside of the New York metropolitan area;

2. Directing that, within seven days (or such number of days as this court may deem reasonable), defendants return the Returnable Art (as that term is defined in the complaint) along with a Kenny Scharf mural to plaintiff Firestone at 4 Great Jones Street, New York, New York 10012 at defendants' cost.

SUFFICIENT REASON APPEARING THEREFOR, it is

ORDERED that, pending the hearing of this motion, defendants are forbidden to transfer any of plaintiff Firestone's artworks or property outside of the New York metropolitan area; and it is further

ORDERED that service of this order, along with accompanying papers, via email to defendants' attorney John R. Cahill (john@artxlaw.com), on or before May ___, 2024, shall be good and sufficient.

Dated: New York, New York
      May ___, 2024

_____
                    Hon.                    J.S.C.