# EXHIBIT 1



THE
CONSERVATION
CENTER

May 16, 2024

Colin Quinn
Tokio Marine Highland

Firestone Gallery Claim # PHAR-23-004563 O/R 23-0

The Conservation Center is a full-service facility with over 30 trained experts from around the world that specialize in all conservation disciplines. Our conservators meticulously adhere to the American Institute of Conservation (AIC) ethical guidelines, employing treatment methods that prioritize the preservation of the artist's original intention while addressing specific conservation needs.

The Conservation Center (TCC) is the largest privately held conservation laboratory in the United States. For over 40 years, TCC has cared for artwork from some of the country's most prestigious private collections, museums, universities, non-profit organizations, galleries, corporations, and more. Our unique advantages include:

- **Multiple expert conservators all working under one roof**
  - o All items are treated by TCC staff at our secure state-of-the-art 35,000 sq ft facility designed by Jeanne Gang, Studio Gang Architects; items are not sent out to multiple vendors. In comparison, other laboratories only specialize in 1-2 mediums and do not have the capability to conserve large collections all under one roof; collections are often split up and sent to different vendors at various locations. This approach puts collections at further risk and exposes the items to unnecessary transit and potential inventory gaps. <u>Items should stay with one vendor to allow for minimized transportation risks/damages, streamlined communication, and location checks. Bringing this collection to TCC would involve two dedicated trips only using TCC's trained art handlers and secure vehicles</u>

- **Trained art handlers and safe transportation**
  - o Clients from all over the United States transport collections to and from TCC's facility. We carefully work with clients to ensure items are safely packed and transported with the utmost precautions
  - o TCC has multiple trucks that are secure, climate-controlled, air-ride, and monitored by GPS tracking. Background checks are done frequently on all staff members
  - o Our art handlers have extensive training and experience regarding appropriate packing materials and techniques to ensure safe transit to/from various locations

- **Experience and timelines**
  - o TCC has extensive experience responding to claims of all sizes; most recently, we worked with a large museum loss that involved over 10,000 delicate items. Our level of experience, scale, and staff allow us to efficiently conserve large-scale collections in an efficient and timely manner

- **Facility size, features, and security**
  - o One 35,000+ square foot facility with multiple labs, full-service warehouse, and art storage space
  - o All-concrete building
  - o Geothermal climate control system throughout the entire building
  - o Security system with controlled access

- o   Direct links to the fire department
- o   Emergency generator
- o   Water bugs and cameras in all spaces
- o   State-of-the-art conservation equipment, including localized fume extractors, water washing stations, light banking systems, encapsulation machines, a spray booth, fume tables and hoods, suction tables, microscopes, hot tables, and more
- o   Barcode inventory system to track the location of all objects
- o   Full-time photographer, registrar, and art handlers on staff

The following full-time conservators from The Conservation Center would lead the treatment efforts for this collection *(CVs are available upon request)*:

- -   Amber Schabdach, Senior Paintings Conservator
- -   Michael Young, Senior Paintings Conservator
- -   Rebecca Vodehnal, Associate Paintings Conservator
- -   Bozena Szymanski, Senior Conservator of Works on Paper
- -   Katrina Flores, Associate Conservator of Works on Paper
- -   Lauren Luciano, Associate Conservator of Works on Paper
- -   Josh McCauley, Senior Conservator of Objects and Frames

Thank you for considering The Conservation Center for this important project. Our size and level of experience position us as the safest and most effective option to efficiently care for this collection's timely needs. We have included additional information regarding The Conservation Center on Pages 3-5. We are happy to answer any questions or concerns you might have.

Sincerely,

Maria Ochalek
VP of Client Services
The Conservation Center
Cell: 312-785-5794
Maria.o@theconservationcenter.com

Heather Becker
CEO
The Conservation Center
Cell: 312-543-1462
Heather.b@theconservationcenter.com

24/7/365 Disaster Response line: 773-673-8104

The Conservation Center
400 N. Wolcott
Chicago, IL 60622
www.theconservationcenter.com

## THE CONSERVATION CENTER'S SERVICES:

**Conservation**
- Paintings
- Murals
- Objects
- Photography
- Rare Books
- Textiles
- Works on Paper
- Frames
- Gilded Objects
- Antiques
- Fine Furniture
- Heirlooms
- Memorabilia

**Additional Services**
- Custom Framing
- Climate Controlled Storage
- Onsite Assessments
- Transportation and Installation
- Condition Reports
- Digital Restoration & Reproduction
- Archive Digitization & Preservation
- Consulting Services
- Risk Management Planning
- Disaster Response 24/7/365

### Selected List: Various Examples of Fine Art Claims Response by The Conservation Center

Private Collection, Water Pipe Burst, IL, 2024, 103 pieces
Museum Collection, Fire, OH, 2023-2024, 10,000+ pieces
Private Collection, Mold, FL, 2023, 83 pieces
Museum Collection, Fire, OH, 2023, 4,500 pieces
Private Collection, Fire, AZ, 2023, 129 pieces
Corporate Collection, Mold, IL 2022, 346 pieces
Private Collection, Fire, CA, 2022, 156 pieces
Private Collection, Fire, WI, 2022, 103 pieces
Museum Collection, Water and Mold, 2021, 247 pieces
Public Library, Water, 2021, 302 pieces
Private Collection, Fire, 2021, 96 pieces
Private Collection, Fire, CA, 2021, 135 pieces
Private Collection, Arson and Vandalism, WA, 2021, 115 pieces
Private Collection, Mold, TN, 2020, 34 pieces
Private Collection, Fire, CA, 2020, 85 pieces
Corporate Collection, Fire and Water, DE, 2020, 1,200 pieces
Corporate Collection, Mold, IL, 2020, 2,000 pieces
Private Collection, Fire, CO, 2020, 78 pieces
Museum, Earthquake, AK, 2019, 3,000 pieces
Private Collection, Fire, NY, 2019, 314 pieces
Private Collection, Fire, CA, 2019, 254 pieces
Private Collection, Fire, CA, 2019, 390 pieces
Private Collection, Fire, IL, 2019, 362 pieces
Private Collection, Water, IL, 2019, 500 pieces
Private Collection, Water, IL, 2019, 262 pieces
Private Collection, Fire, CA, 2018, 120 pieces
Museum, Water, IL, 2018, 164 pieces
Corporate Collection, Water, IA, 2018, 1,300 pieces
Private Collection, Fire, CA, 2018, 244 pieces
Private Collection, Mold, FL, 2017, 332 pieces
University Museum, Flood, IL, 2017, 102 Pieces
Private Collection, Fire, PA, 2017, 107 Pieces
Museum, Tornado, GA, 2017, 1,350 Pieces
William Carey University, Tornado, MS, 2017, 300 Pieces
Private Collection, Flood, LA, 2016, 2,000 Pieces
Museum, Fire, MO, 2016, 600 Pieces
Whaley House Historic Museum, Fire, MI, 2015, 150 Pieces
Boy Scouts of America Museum, Mold, TX, 2015, 400 Pieces
University Museum, Flood, IL, 2014, 50 Pieces
Various Collections in NYC, Hurricane, NY, 2012, 5,000 Pieces
Corporate Collection, Fire, TX, 2010, 500 Pieces
Museum, Water, TN, 2010, 100 Pieces

3

University of Iowa, Flood, IA, 2008, 4,950 Pieces
University Museum, Fire, AZ, 2008, 200 Pieces
National Czech & Slovak Museum, Flood, IA, 2008, 1,200 Pieces
Albion College, Burst Pipe, MI, 2006, 2,500 Pieces
University Museum, Hurricane, LA, 2005, 1,000 Pieces
LaSalle Bank Corporate Collection, Fire, IL, 2004, 4,000 Pieces

## THE CENTER HAS TREATED WORKS BY:

| | | |
|---|---|---|
| Agnes Martin | Gilbert Stuart | Howard Kanovitz |
| Alex Katz | Grant Wood | Mavis Pusey |
| Alexander Calder | Guido Reni | Mimi Gross |
| Alexander Calder | Henri de Toulouse-Lautrec | Olafar Eliasson |
| Andy Warhol | Henri Fantin-Latour | Paul Brach |
| John Singer Sargent | Herbert Ferber | Philip Hanson |
| Anna Heyward | Jackson Pollock | Ray Yoshida |
| Anslem Keifer | James Rosenquist | Renoir |
| Barkley L. Hendricks | Jasper Johns | Robert Indiana |
| BÄST | Jay Milder | Roger Brown |
| Carlo Bugatti | Jean Dubuffet | Roman Signer |
| Christina Ramberg | Jim Dine | Roy Lichtenstein |
| Claes Oldenburg | Jim Lutes | Salvador Dali |
| Claude Monet | John Steuart Curry | Seymour Rosofsky |
| Damien Hirst | Judy Ledgerwood | Sol Lewitt |
| David Hockney | Karl Wirsum | Susan Doremus |
| Deborah Butterfield | Keith Haring | Taylor Marcia Myers |
| Dorothy Dehner | Kenny Scharf | Thomas Hart Benton |
| Ed Paschke | Kerry James Marshall | Tony Tasset |
| Edgar Degas | Larry Rivers | *And more…* |
| Edward Hopper Sam Francis | Lester Johnson | |
| Ellen Lanyon | Leon Golub | |
| Elliott Green | Leon Polk Smith | |
| George Rickey | Marcel Duchamp | |
| George McNeil | Marisol Escobar | |
| Gilbert Stuart | Milton Avery | |
| Grant Wood | Miriam Schapiro | |
| Guido Reni | Norman Rockwell | |

## MEMBERSHIPS

- American Institute for Conservation (AIC)
- Western Association for Art Conservation (WAAC)
- The Chicago Area Conservation Group (CACG)Midwest Regional Conservation Group (MRCG)
- The Property Loss Research Bureau (PLRB)
- Association of Midwest Museums (AMM)
- The Chicago Art Dealers Association (CADA)
- Heritage Preservation: The National Institute for Conservation
- Women's Business Enterprise (WBE Status)
- The Women's Business Development Center (WBDC)
- National New Deal Preservation Association (NNDPA)
- Midwest Chapter of the National New Deal Preservation Association (MC-NNDPA)
- The Chicagoland Chamber of Commerce and the Chicago Foundation for Women (CFW)
- The Arts Club of Chicago
- The Chicago Network (TCN)

## ADVISORY BOARD

| | |
|---|---|
| William Lear | Marshall Field V |
| David W. Ruttenberg | Christiane Fischer |
| Ralph Senst | Helyn Goldenberg |
| Diane Swonk | George Jones IV |
| Norman R. Bobins | |

## PARTIAL CLIENT LIST

The Conservation Center serves an array of clients, ranging from small private pieces to large corporate, museum, and gallery collections. Our partial client list includes:

### Museums and Foundations

Art Bridges Foundation
Abraham Lincoln Presidential Library and Museum Arts Club of Chicago
Cedar Rapids Museum of Art
Chazen Museum of Art
Chicago Cultural Center
Chicago Historical Society
Cuneo Museum & Gardens
Crystal Bridges Museum of American Art
Farnsworth House
Grand Rapids Museum of Art
Hegeler Carus Mansion
Kentucky Derby Museum
Lichtenstein Foundation
Memphis Brooks Museum of Art
Mexican Fine Arts Museum
Milwaukee Art Museum
Museum of Contemporary Art
Chicago Museum of Science & Industry
Chicago Nebraska Art Museum
New Orleans Historical Collection
New Orleans Museum of Art (NOMA)
Phoenix Art Museum
Richard H. Driehaus Foundation
Saginaw Art Museum
Smithsonian Traveling Exhibitions
Terra Foundation of American Art
University of Iowa Museum of Art

### Auction Houses

Bonhams
Christie's
Heritage Auctions
Doyle New York
Freeman-Hindman Auctioneers
Phillips de Pury & Company
Sotheby's
Susanin's
Wright

### Private Clients

Allan Turner
Marilyn Alsdorf
Norman Bobins
John Bryan
Marshall Field V
Dr. Kurt Gitter
Helyn Goldenberg
Ed Paschke
Lorraine Pritzker
Marilynn Thoma
Helen Zell

### Art Dealers

Andrew Rafacz Gallery
Belloc Lowndes Fine Art
Carl Hammer Gallery
Carrie Secrist Gallery
David Lusk Gallery
De Pree Art Center and Gallery
Forum Gallery
Gail Severn Gallery
Hollis Taggart Galleries
Jack Shainman Gallery
Kavi Gupta Gallery
Levy Gorvy Gallery
Lovetts Gallery
Lyons Wier Gallery
The Mayor Gallery
Monique Meloche Gallery
Rau Antiques
Rita Bucheit Ltd.
Richard Gray Gallery
Rhona Hoffman Gallery
R.S. Johnson Fine Art
Russell Bowman Art Advisory
Shane Campbell Gallery
Sous Les Etoiles Gallery
Thomas McCormick Gallery
Worthington Gallery
Zolla Lieberman Gallery
Zygman Voss Gallery

### Corporations

AXA
Bank of America
Berkley One
Chase/Bank One
Chubb
CNA Insurance Company
Dewitt Stern
Harley Davidson
The Heller Group, LLC
Lloyd's of London
Marcus Hotels and Resorts
McDonald's Corporation
Mesirow Financial
MetLife
Northern Trust
Pure Insurance
RR Donnelley & Sons
Rennie Collection
Sara Lee Corporation
Tokio Marine Highland
Walgreen's
Willis
Worley Claims Service
Zurich North America

### Government and City

Adler Planetarium
Bloomington Public Library
Chicago Department of Cultural Affairs
Chicago Public Building Commission Federal Post Offices
Chicago Park District
Chicago Public Schools
Haish Memorial Library
Union Pacific Railroad
United States Government/Fort Knox

### Universities

Albion College
Augustana College
DePaul University
Dixie State College of Utah
Hampton University
Loyola University
Northwestern University
Notre Dame University
Southern Connecticut State University
Southern Illinois University
Tulane University
University of Chicago
University of Iowa