# EXHIBIT &

Before / After











# THE CONSERVATION CENTER

CONSERVING ART COAST TO COAST

400 N. Wolcott Avenue, Chicago, IL 60622  312-944-5401
www.theconservationcenter.com

www.theconservationcenter.com

**The Conservation Center** is the largest and most comprehensive private art conservation lab in the country. With over 40 years of experience, The Center is a leader in the field of art preservation, evolving new treatments and methods to adapt to the rapidly-changing art world.

We proudly provide the highest standard of care to ensure the longevity of your collection.



State-of-the-Art Laboratory

- Designed by Studio Gang Architects
- 35,000 Sq Ft Facility with Multiple Labs
- Security System with Controlled Access
- Direct Links to the Fire Department
- Emergency Generator
- Climate-Controlled Storage
- Barcode Inventory Tracks Location of all Objects





Custom Framing and Consultations

### Conservation
- Paintings
- Murals
- Objects
- Photography
- Rare Books
- Textiles
- Works on Paper
- Frames
- Gilded Objects
- Antiques
- Fine Furniture
- Memorabilia

### Additional Services
- Custom Framing
- Climate Controlled Storage
- Onsite Assessments
- Transportation and Installation
- Condition Reports
- Consulting Services
- Risk Management Planning
- Digital Photo Restoration
- Archival Collection Preservation and Digitization
- Disaster Response 24 / 7 / 365



Installation and Transportation



The Conservation Center's Disaster Response team provides expert rescue services nationwide.

We have extensive experience assisting with fires, floods, and natural disasters of all scales.
24 / 7 / 365
773-673-8104



Storage and Art Handling