# EXHIBIT 3



# THE CONSERVATION CENTER

DEDICATED TO THE LONG-TERM PRESERVATION OF ARTWORKS AND HEIRLOOMS. WE PROUDLY PROVIDE THE HIGHEST STANDARD OF CARE TO ENSURE THE LONGEVITY OF YOUR COLLECTION.

   

 CLICK TO WATCH: A GLIMPSE INTO THE CONSERVATION CENTER

CONSERVATION | FRAMING&DISPLAYS | RISK MANAGEMENT | DISASTER RESPONSE

Preventative assessment is crucial to properly maintain art collections. Regular assessment provides a critical eye for potential damage that may go unseen in everyday life.

The Conservation Center is available to review your corporate, private, or non-profit collection onsite and identify any condition issues present in your pieces. Your account manager is available to provide yearly assessments, prioritize treatments needed, and monitor any changes in condition over time.

## COLLECTION CARE

- Conservation assessments
- Condition reports
- Long-term or temporary storage at The Conservation Center secure facility
- High-resolution photography
- Advanced digitization of books and other archival documents
- Comprehensive inventory of artwork

## FRAMING & DISPLAYS

- Project development & design by experienced professionals
- Museum-quality framing
- Archival materials
- Conservators and framers collaborate on custom housing solutions

## RISK MANAGEMENT

- Condition issues
- Treatment priorities
- Disaster response plans
- Archival housing
- Environmental concerns
- Potential risk exposures
- Proper lighting techniques
- Long-term care recommendations

## DISASTER RESPONSE

- Dependable nationwide pick-up and delivery services
- Rapid response to fire, water, mold, wind, or everyday accidental damage

400 N WOLCOTT AVENUE, CHICAGO, IL 60622 | T: 312.944.5401
THECONSERVATIONCENTER.COM




# AREAS OF EXPERTISE

### PAINTINGS
- Nationally recognized for outstanding conservation capabilities
- Painting conservators are experienced in the treatment of all mediums, including tempera on panel, oil, and acrylic on canvas, and works on metal supports

### WORKS ON PAPER
- Work on the stabilization and treatment of 14th-21st Century drawings, prints, pastels, watercolors, Asian screens, scrolls, architectural drawings, letters, and documents

### MURALS
- Restores 18th-21st Century watercolor, fresco, secco, oil, and acrylic-based murals on plaster, canvas, metal, and paper supports
- Renowned for the preservation of over 600 Progressive Era and WPA murals across the U.S.

### PHOTOGRAPHS
- Restoration of 19th-21st Century works including antique, sepia, black and white, hand-colored, color, and contemporary photographic prints
- This department also specializes in the digital reproduction of delicate works

### RARE BOOKS
- Conservation of a wide range of 14th-21st Century bound materials including early and modern books, Bibles, scrapbooks, and photo albums

### FURNITURE AND ANTIQUES
- Treatment of condition defects in antique and fine furniture ranging from family pieces to salon masterpieces and rare modern works

### TEXTILES
- Specializes in the preservation of 15th-21st Century flags, samplers, tapestries, laces, quilts, coverlets, costumes, embroideries, weavings, and ethnic textiles
- Following treatment, textiles can be custom mounted, framed, placed into vitrines, or prepared for long-term storage

### SCULPTURES AND OBJECTS
- Restoration of BCE-21st Century sculpture and three-dimensional works in ceramic, plaster, marble, metal, stone, wood, glass, mixed media, as well as ethnographic sculptures and artifacts
- Treats condition defects in antique and fine furniture ranging from family pieces to salon masterpieces and rare modern works

### GILDED WORKS AND FRAMES
- Specializes in the conservation of 12th-21st Century frames gilded works requiring structural repair, stabilization, casting, carving, gilding, toning, and inpainting

### CONSERVATION FRAMING
- The Center offers extensive conservation framing services such as archival hinging, museum-quality French mats, linen and silk-wrapped mats, museum mounts, vitrines, and a selection of over 800 custom gilded and finished frames

### ART HANDLING, INSTALLATION AND STORAGE
- Our in-house team of trained and experienced art handlers assists with local and national inventory, packing, crating, shipping, and transportation needs
- Can handle, package, and transport fine art, and offers extensive attention to detail in the handling of fine art items
- Secured and climate controlled 7,500 sq. ft. fine art storage warehouse





# ARCHIVE DIGITIZATION AND COLLECTION PRESERVATION

The Conservation Center works with colleges, universities, museums, historical institutions, and corporations on the long-term conservation and digitization of archives and collections.

All reproduction work starts with our professional-level scanning equipment that provides greater safety for the object being scanned. The overhead scanner does not touch the object's surface and captures images using LED light. Overhead scanners also allow for the careful duplication of bound books, as the binding does not need to be pressed onto the flat surface of a conventional scanner. Original documents can then be conserved, housed in mylar, and stored in custom-built clamshell boxes.







---

**400 N WOLCOTT AVENUE, CHICAGO, IL 60622 | T: 312.944.5401**

**THECONSERVATIONCENTER.COM**