```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FIRESTONE ART LLC d/b/a Eric Firestone,                                :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       24 Civ. 3772 (JPC)
             -v-                                                       :
                                                                       :            ORDER
PHILADELPHIA INDEMNITY INSURANCE                                       :
COMPANY d/b/a Tokio Marine Highland, Fine Art                          :
Division et al.,                                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record, Plaintiff's motion for a preliminary injunction is denied to the extent that Plaintiff sought to restrain Defendants from transporting the artworks covered under Plaintiff's insurance policy outside of the New York City metropolitan area. *See* Dkt. 3-1 (proposed order to show cause) at 1.

By May 31, 2024, the parties shall file any stipulation as to a preliminary injunction on consent that would order Defendants to return the "Returnable Art," as that term is defined in the Complaint, along with the Kenny Scharf mural in question. *See* Dkt. 3-3 (complaint) ¶ 25; *see also SEC v. Byers*, 609 F.3d 87, 93 (2d Cir. 2010). Plaintiff may also file a letter motion in support of sealing Docket Number 16 in accordance with Rule 4.B.ii of the Court's Individual Rules and Practices in Civil Cases. Should Defendants oppose any such request, Defendants may file a letter motion in opposition no later than three business days after Plaintiff has filed its letter. As discussed during the hearing, the parties may also file a joint letter should they seek a stay of this action.

The Clerk of Court is respectfully directed to close Docket Number 3.

SO ORDERED.

Dated: May 25, 2024
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge