UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FIRESTONE ART LLC d/b/a Eric Firestone,       :
                                              :
                                 Plaintiff,   :
                                              :          24 Civ. 3772 (JPC)
            -v-                               :
                                              :          ORDER
PHILADELPHIA INDEMNITY INSURANCE              :
COMPANY d/b/a Tokio Marine Highland, Fine Art :
Division *et al.*,                            :
                                              :
                                 Defendants.  :
                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 5, 2024, the Court ordered Plaintiff to file a response letter addressing whether New York law requires public disclosure of the prices listed in Docket Number 16 by June 10, 2024, particularly in light of its contention that "there is no legal requirement that a gallery identify prices agreed to with its consignors or its inventory value."  Dkt. 20 at 1; *see* Dkt. 26.  Plaintiff never filed this letter.  The Court *sua sponte* extends Plaintiff's deadline to file this letter until June 14, 2024 at 5:00 p.m.

SO ORDERED.

Dated: June 12, 2024                  _____
       New York, New York                    JOHN P. CRONAN
                                          United States District Judge